Electronically Filed
 Supreme Court
 SCOT-11-0000809
 22-NOV-2011
 01:24 PM

 NO. SCOT-11-0000809

 IN THE SUPREME COURT OF THE STATE OF HAWAI'I

 JANICE K.M. KELI'IHANANUI, Plaintiff,

 vs.

 MAILE NGUYEN, PATRICK JOHNSON and JOHN DOE AHN, Defendants.

 ORIGINAL PROCEEDING

 ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

 Upon review of the complaint filed in the supreme court

by plaintiff Janice K.M. Keli'ihananui, it appears that we lack

jurisdiction to consider the complaint. See HRS § 602-5 (Supp.

2010). Therefore,

 IT IS HEREBY ORDERED that the complaint is dismissed.

 DATED: Honolulu, Hawai'i, November 22, 2011.

 /s/ Mark E. Recktenwald

 /s/ Paula A. Nakayama

 /s/ Simeon R. Acoba, Jr.

 /s/ James E. Duffy, Jr.

 /s/ Sabrina S. McKenna